## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

SAMUEL W.B. MILLINGHAUSEN, III,  : No. 81 MM 2014

Petitioner  :

v.  :

KAREN M. DRAKE, JOY A. CAPKA,  :
MARYANN DIRENZO, ROBERT L.  :
HYSLOP, JR., THERESA M. HYSLOP,  :
JOHN DOES 1-4, AND XYZ CORP.,  :

Respondents  :

## ORDER

**PER CURIAM**

**AND NOW**, this 11th day of August, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. Petitioner is directed to file his Petition for Allowance of Appeal within 15 days of our order.

Mr. Justice Stevens would deny the Petition for Leave to File Petition for Allowance of Appeal Nunc Pro Tunc.